LIAM B. MORSE LUMBER COMPANY et al., Appellants-Respondents. (Appeal No. 14.) [737 NYS2d 583] —Appeal and cross appeal from a judgment of Supreme Court, Monroe County (Siracuse, J.), entered October 11, 2000, which, inter alia, ordered a public sale of the subject premises.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by deleting therefrom the provision that plaintiff, William F. Roberts, is liable to defendants William B. Morse Lumber Company, Wm B Morse Lumber Co., doing business as Wm B Morse and Sons, Morse Sash and Door, and Otis Lumber for a single payment of $60,000 and by deleting that part of the order that was incorporated by reference and that provided that plaintiff, William F. Roberts, is liable to defendants William B. Morse Lumber Company, Wm B Morse Lumber Co., doing business as Wm B Morse and Sons, Morse Sash and Door, and Otis Lumber for the single sum of $60,000 and as modified the judgment is affirmed without costs.

Same memorandum as in *Roberts v Cobblestone Homes of Rochester* ([appeal No. 2] 291 AD2d 786 [decided herewith]). Present—Wisner, J.P., Hurlbutt, Kehoe and Burns, JJ.

■ WILLIAM F. ROBERTS, Respondent-Appellant, v COBBLESTONE HOMES OF ROCHESTER, INC., et al., Defendants, and WILLIAM B. MORSE LUMBER COMPANY et al., Appellants-Respondents. (Appeal No. 15.) [737 NYS2d 584] —Appeal and cross appeal from an order of Supreme Court, Monroe County (Siracuse, J.), entered September 14, 2000, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). Present—Wisner, J.P., Hurlbutt, Kehoe and Burns, JJ.

■ WILLIAM F. ROBERTS, Respondent-Appellant, v COBBLESTONE HOMES OF ROCHESTER, INC., et al., Defendants, and WILLIAM B. MORSE LUMBER COMPANY et al., Appellants-Respondents. (Appeal No. 16.) [737 NYS2d 585] —Appeal and cross appeal from a judgment of Supreme Court, Monroe County (Siracuse, J.), entered October 11, 2000, which, inter alia, ordered a public sale of the subject premises.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by deleting therefrom the provision that plaintiff, William F.

Roberts, is liable to defendants William B. Morse Lumber Company, Wm B Morse Lumber Co., doing business as Wm B Morse and Sons, Morse Sash and Door, and Otis Lumber for a single payment of $60,000 and by deleting that part of the order that was incorporated by reference and that provided that plaintiff, William F. Roberts, is liable to defendants William B. Morse Lumber Company, Wm B Morse Lumber Co., doing business as Wm B Morse and Sons, Morse Sash and Door, and Otis Lumber for the single sum of $60,000 and as modified the judgment is affirmed without costs.

Same memorandum as in *Roberts v Cobblestone Homes of Rochester* ([appeal No. 2] 291 AD2d 786 [decided herewith]). Present—Wisner, J.P., Hurlbutt, Kehoe and Burns, JJ.

■ WILLIAM F. ROBERTS, Respondent-Appellant, v COBBLESTONE HOMES OF ROCHESTER, INC., et al., Defendants, and WILLIAM B. MORSE LUMBER COMPANY et al., Appellants-Respondents. (Appeal No. 17.) [737 NYS2d 585] —Appeal and cross appeal from an order of Supreme Court, Monroe County (Siracuse, J.), entered September 14, 2000, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also*, CPLR 5501 [a] [1]). Present—Wisner, J.P., Hurlbutt, Kehoe and Burns, JJ.

■ WILLIAM F. ROBERTS, Respondent-Appellant, v COBBLESTONE HOMES OF ROCHESTER, INC., et al., Defendants, and WILLIAM B. MORSE LUMBER COMPANY et al., Appellants-Respondents. (Appeal No. 18.) [737 NYS2d 586] —Appeal and cross appeal from a judgment of Supreme Court, Monroe County (Siracuse, J.), entered October 11, 2000, which, inter alia, ordered a public sale of the subject premises.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by deleting therefrom the provision that plaintiff, William F. Roberts, is liable to defendants William B. Morse Lumber Company, Wm B Morse Lumber Co., doing business as Wm B Morse and Sons, Morse Sash and Door, and Otis Lumber for a single payment of $60,000 and by deleting that part of the order that was incorporated by reference and that provided that plaintiff, William F. Roberts, is liable to defendants William B. Morse Lumber Company, Wm B Morse Lumber Co., doing business as Wm B Morse and Sons, Morse Sash and Door, and Otis